UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JOSE M. CARANZA | : | |
| | : | |
| v. | : | 1: 24-CV-208 |
| | : | |
| OFFICER PYLES, et al. | : | |

**PLAINTIFF'S PETITION FOR WRIT OF**
***HABEAS CORPUS AD TESTIFICANDUM***

Undersigned counsel moves the Court to issue a *Writ of Habeas Corpus ad Testificandum* to have the Plaintiff brought from Roanoke River Correctional Institute to appear at the trial beginning on June 8, 2026, and continuing until completion. It is anticipated the trial would not take more than two days. In support, Undersigned shows the following:

1. The Court has ordered that this civil trial begin on June 8, 2026, in Courtroom 3, U.S. Courthouse, 324 West Market Street, Greensboro, NC. ECF 57.

2. Plaintiff is incarcerated at Roanoke River Correctional Institute, 2787 Caledonia Drive, Tillery, NC 27882.

WHEREFORE, Plaintiff moves the Court for a Writ of *Habeas Corpus Ad Testificandum* to have Plaintiff brought to court on June 8, 2026. The order will remain in effect until completion of this trial.

A draft order is attached.

1

Respectfully submitted, March 29, 2026.

/s/ William S. Trivette
Attorney At Law, PLLC
North Carolina State Bar No. 21490
5820 N. Church St, Ste D
Greensboro, NC 27455
Telephone: (336) 441-8054
E-mail: trivette@triad.twcbc.com

### CERTIFICATE OF SERVICE

I certify that on March 29, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will notify all parties. I have also emailed a copy of this document to Mr. Clarence Turpin. I have mailed a copy of this pleading to the Plaintiff, as follows:

JOSE M. CARANZA  #1183154
ROANOKE RIVER CI
P.O. BOX 247
TILLERY, NC 27887

/s/ William S. Trivette
Attorney At Law, PLLC

2