UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOSE M. CARANZA    :
    Plaintiff   :  1:24-CV-208
  v.      :
        :  **ORDER**
        :
OFFICER PYLES, et al.   :
    Defendants  :

To: Warden
  Roanoke River Correctional Institution,
  2787Caledonia Drive
  Tillery, NC 27887

  We command that you bring Jose M. Caranza, No. #1183154, now held in custody at Roanoke River Correctional Institution, 2787 Caledonia Drive, Tillery, N.C., under safe and secure conduct before the Honorable Catherine C. Eagles of the United States District Court for the Middle District of North Carolina at the L. Richardson Preyer Building,  324 W. Market St., Greensboro, North Carolina, Courtroom 3, beginning on June 8, 2026, at 9:30 a.m. for trial in Caranza v. Pyles, et al., 1:24CV208.

  This Writ shall remain in effect until such time as Jose M. Caranza appears before the United States District Court for the Middle District of North Carolina for trial and through the completion of the trial.  Immediately after the trial is completed, Jose M. Caranza should be returned to the custody of Roanoke River

1

Correctional Institution, North Carolina, or abide by such orders of the Court as may be entered at that time.

This the 3rd day of April, 2026.

_____
CHIEF/SENIOR UNITED STATES DISTRICT JUDGE

2